[No. 48378-1-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY MAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03239-7, Richard A. Jones, J., entered April 2, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48403-6-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN CALLIHOO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08699-3, Dale B. Ramerman, J., entered March 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48503-2-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. RUTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09006-1, Cheryl B. Carey, J., entered April 16, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48511-3-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. C.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-01191-1, Laura C. Inveen, J., entered April 17, 2001. *Affirmed* by unpublished per curiam opinion.